# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

THOMAS SMITH,                  :

    Plaintiff,               :

vs.                            :     CA 09-0244-C

MICHAEL J. ASTRUE,             :
Commissioner of Social Security,
                                    :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,619.92 under the Equal Access to Justice Act, representing compensation for 9.45 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $171.42 per hour.

**DONE** this the 2nd day of February, 2010.

                                     s/WILLIAM E. CASSADY
                                   **UNITED STATES MAGISTRATE JUDGE**