## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

THOMAS SMITH,                          :

      Plaintiff,                     :

vs.                                    :        CA 09-0244-C

MICHAEL J. ASTRUE,                     :
Commissioner of Social Security,
                                       :
      Defendant.

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,619.92 under the Equal Access to Justice Act, representing compensation for 9.45 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $171.42 per hour.

**DONE** this the 2nd day of February, 2010.

          s/WILLIAM E. CASSADY
          **UNITED STATES MAGISTRATE JUDGE**